IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:17-MJ-1796

**United States of America**,

v.

**Samuel Edward Rose**,

**Order**

Samuel Edward Rose has requested that the court appoint him counsel at government expense. Rose's financial affidavit demonstrates that he has over $3,000 available to him each month after paying his debts and obligations. In light of the amount of funds available to him, the court cannot find that Rose is financially unable to obtain counsel. Therefore, his motion for appointment of counsel is denied without prejudice. Rose may file an amended financial affidavit if there is additional or different information he would like the court to consider.

Dated: September 5, 2017

_Robert T. Numbers II_
Robert T. Numbers, II
United States Magistrate Judge