UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:17-CR-307-D-1

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>SAMMUEL EDWARD ROSE,,<br><br>Defendant. | ORDER<br><br>TO SEAL |

Upon Motion of the Defendant, it is hereby ORDERED that the Defendant's Motion (CM/ECF # 24) in the above captioned matter, be sealed until such time as requested to be unsealed by the Defendant.

So ORDERED, the __19__ day of __March__, 2018.

JAMES C. DEVER, III
CHIEF U.S. DISTRICT JUDGE

1