UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:17-CR-307-D-1

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>SAMUEL EDWARD ROSE,<br><br>Defendant. | ORDER<br>TO SEAL |

Upon Motion of the Defendant, it is hereby ORDERED that the Defendant's Motion (CM/ECF # 32) in the above captioned matter, be sealed until such time as requested to be unsealed by the Defendant.

Further, the Clerk of Court shall provide a signed copy of the Order to Seal to the Defendant's counsel, Leza Driscoll, and counsel for the Government, James J. Kurosad.

So ORDERED, the __7__ day of __June__, 2018.

_____
JAMES C. DEVER, III
CHIEF U.S. DISTRICT JUDGE